UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **LACV 17-6154-VAP (JPRx)** | Date July 31, 2018 |
| Title ***Chris Koeper v. BMW of North America, LLC*** | |

Present: The Honorable  VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| BEATRICE HERRERA | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER TO SHOW CAUSE RE: FAILURE TO FILE MEDIATION REPORT (IN CHAMBERS)

On October 30, 2017, the Court issued its Scheduling Order. Pursuant to that Order, the final day to conduct a settlement conference was January 31, 2018, and the parties were required to file a joint report no later than ten days after the conference. As the Court received no joint mediation report, the Court ORDERS the parties to show cause, no later than August 7, 2018, why sanctions should not be imposed for failure to file a joint mediation report timely. This order may also be discharged by filing a notice of settlement.

**IT IS SO ORDERED.**