1  Rowena Santos (SBN 210185)
   rsantos@slpattorney.com
2  Eleazar Kim (SBN 297876)
   ekim@slpattorney.com
3  STRATEGIC LEGAL PRACTICES
   A PROFESSIONAL CORPORATION
4  1840 Century Park East, Suite 430
   Los Angeles, CA 90067
5  Telephone: (310) 929-4900
   Facsimile: (310) 943-383
6
7  Attorneys for Plaintiff CHRIS KOEPER

8  BOWMAN AND BROOKE LLP
   Brian Takahashi (SBN: 146505)
   E-mail: Brian.Takahashi@bowmanandbrooke.com
9  Richard L. Stuhlbarg (SBN: 180631)
   E-mail: Richard.Stuhlbarg@bowmanandbrooke.com
10 Theodore Dorenkamp III (SBN: 277004)
   E-mail: Theodore.Dorenkamp@bowmanandbrooke.com
11 Karyn L. Ihara (SBN: 298950)
   E-mail: Karyn.Ihara@bowmanandbrooke.com
12 970 West 190th Street, Suite 700
   Torrance, California 90502
13 Tel No:   310/ 768-3068
   Fax No:  310/ 719-1019
14
15 Attorneys for Defendant BMW OF NORTH AMERICA, LLC

16            **UNITED STATES DISTRICT COURT**

17       **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

18
19 CHRIS KOEPER, and individual;          )   **CASE NO.:  2:17-cv-06154 VAP (JPRx)**
                                          )
20                     Plaintiff,         )   **(Removed from Los Angeles County**
                                          )   **Superior Court Case No. BC668754)**
21       vs.                              )
                                          )   **JOINT STATEMENT OF THE CASE**
22 BMW OF NORTH AMERICA, LLC,             )
   and DOES 1 to 10, inclusive,          )   FTC:  September 10, 2018 at 2:30 p.m.
23                                        )   Trial:  September 18, 2018 at 8:30 a.m.
                                          )
24                     Defendants.        )
                                          )
25                                        )
26 / / /
27 / / /
28 / / /

### JOINT STATEMENT OF THE CASE

This is a case under the Song-Beverly Consumer Warranty Act. Plaintiff Chris Koeper purchased the subject 2011 BMW 550i as a used vehicle on May 7, 2013 from Audi of Beverly Hills with a written warranty provided by Defendant BMW of North of America, LLC ("BMW NA"). Plaintiff contends that Defendant BMW NA breached its obligations under the Song-Beverly Consumer Warranty Act by failing to complete repairs within 30 cumulative days, and by failing to repair a substantially impairing defect under the warranty within a reasonable number of repair attempts. Plaintiff further alleges that Defendant BMW NA willfully violated the Song-Beverly Consumer Warranty Act and is liable for additional damages in the form of a civil penalty. Plaintiff also alleges BMW NA is liable for fraud.

Defendant BMW NA denies that it breached its obligations under the Song-Beverly Consumer Warranty Act and denies that the 2011 BMW 550i qualifies for a replacement or repurchase. BMW NA further denies it is liable for fraud because, among other reasons, Plaintiff did not purchase the 2011 BMW 550i from BMW NA or any of its authorized agents.

Dated: September 4, 2018                    STRATEGIC LEGAL PRACTICES, APC


By: /s/ *Rowena Santos*
    Rowena Santos
    Eleazar Kim
    Attorneys for Plaintiff CHRIS KOEPER


Dated: September 4, 2018                    BOWMAN AND BROOKE LLP


By: /s/ *Theodore Dorenkamp III*
    Brian Takahashi
    Richard L. Stuhlbarg
    Theodore Dorenkamp III
    Karyn L. Ihara
    Attorneys for Defendant
    BMW OF NORTH AMERICA, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Theodore Dorenkamp III, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this report.

*/s/Theodore Dorenkamp III*
Theodore Dorenkamp III

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 4, 2018, I filed the foregoing document entitled **JOINT STATEMENT OF CASE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/ Theodore Dorenkamp III*
Theodore Dorenkamp III