| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | BOWMAN AND BROOKE LLP<br>Brian Takahashi (SBN# 146505)<br>E-mail: Brian.Takahashi@bowmanandbrooke.com<br>Richard L. Stuhlbarg (SBN: 180631)<br>E-mail: Richard.Stuhlbarg@bowmanandbrooke.com<br>Theodore Dorenkamp III (SBN: 277004)<br>E-mail: Theodore.DorenkampIII@bowmanandbrooke.com<br>Michael Chung (SBN: 243204)<br>Email: Michael.Chung@bowmanandbrooke.com<br>970 West 190th Street, Suite 700<br>Torrance, CA  90502<br>Tel No:   310/ 768-3068<br>Fax No:  310/ 719-1019 |
| 8<br>9 | Attorneys for Defendant<br>BMW OF NORTH AMERICA, LLC |

FILED
CLERK, U.S. DISTRICT COURT
NOV 30, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

CHRIS KOEPER, an individual;

   Plaintiff,

   vs.

BMW OF NORTH AMERICA, LLC, and DOES 1 to 10, inclusive,

   Defendants.

CASE NO.:  2:17-cv-06154-VAP-JPRx

[PROPOSED] **ORDER CONTINUING TRIAL DATE**

FTC:  September 10, 2018 at 2:30 p.m.
Trial:  Not Set

| | |
|---|---|
| 1 | Based on the Joint Stipulation of the Parties, and good cause appearing |
| 2 | therefor, IT IS HEREBY ORDERED that the October 30, 2018 trial date is |
| 3 | continued to March 5, 2019 at 8:30 a.m. |
| 4 | |
| 5 | **IT IS SO ORDERED.** |
| 6 | |
| 7 | |
| 8 | Dated:  November 30, 2018 |
| 9 | |
| 10 | _____ |
| 11 | HON. VIRGINIA A. PHILLIPS<br>Chief United States District Judge |

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, I filed the foregoing document entitled **[PROPOSED] ORDER CONTINUING TRIAL DATE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/Theodore Dorenkamp
Theodore Dorenkamp III